UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Re: Civil Cases

22-CV-7460

NOTICE OF TELECONFERENCE
INFORMATION

---

KENNETH M. KARAS, United States District Judge:

For the week of December 12, 2022, the Court will hold all civil conferences, hearings, and/or oral arguments in the above-numbered Action by telephone. Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free):  (888) 363-4749   Access Code: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

Given that much of the Court is operating remotely and has limited mail capability, counsel involved in any pro se cases shall mail a copy of this Notice to or otherwise inform the pro se party of the above teleconference information. Counsel in any pro se inmate cases shall ensure that the pro se party is on the line before calling the above-referenced number.

For initial conferences, counsel shall submit a proposed case management and discovery schedule via ECF by 5 p.m. on the evening *before* the initial conference.

Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:   December 9, 2022
         White Plains, New York

_____
KENNETH M. KARAS
United States District Judge