UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT, AND LEGAL SERVICES FUNDS by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr., Saul Singer, Ross Pepe, and Jeffrey Isaacs as Trustees and fiduciaries of the Funds, and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456,<br><br>Plaintiffs,<br>– against –<br><br>AIM CARRIERS, LLC and MICHAEL GALENO, Individually,<br><br>Defendants | ORDER AND JUDGEMENT<br><br>Civil Action Nos.<br><br>7:22-cv-07460 (KMK)<br>7:24-cv-01654 (KMK) |

**PURSUANT TO RULE 56(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE,** the Court finds and orders as follows:

1. Plaintiffs Trustees of Teamsters Local 456 Pension, Health and Welfare, Annuity, Education and Training, Industry Advancement, and Legal Services Funds ("Funds") and the Westchester Teamsters Local Union No. 456 ("Union") maintain their offices at 160 South Central Avenue, Elmsford, New York 10523.

2. Defendants Aim Carriers, LLC ("Company") and Michael Galeno operate a construction business from 64 Commerce Drive, Suite 1, Carmel, New York 10512.

3. On October 8, 2024, the parties entered into a Stipulation concerning the above referenced cases, including an instalment payment arrangement for the Company to pay the $894,616.84 owed by Defendants to the Funds and Union over the period October 4, 2024 through April 1, 2029 [Docket No. 40].

4. Defendants defaulted on the installment payment arrangement by failing to remit the twelve thousand dollars ($12,000.00) due on January 1, 2025.

- 1 -

5. Pursuant to Sections 502(g)(2) and 515 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1132(g)(2), 1145, the Clerk of the Court shall enter judgment in favor of the Funds and Union and against Defendants Aim Carriers, LLC and Michael Galeno, individually, in the amount of **$690,616.84**, representing the $894,616.84 set forth in the Stipulation, minus the $204,000.00 in installment payments received in 2024. This judgment shall also include interest at the rate of 28 U.S.C. §1961 from the date below.

6. Plaintiffs shall have execution on this judgment in accordance with the Federal Rules of Civil Procedure.

**SO ORDERED.**

DATED: 1/16/2025

District Judge Kenneth M. Karas
United States District Court

TO: Daniel Kornfeld, of Counsel
Attorneys for Plaintiffs
Office and Post Office Address
1441 Broadway, Suite 3047
New York, New York 10118
Telephone: (212) 643-2672
Facsimile: (315) 471-2623
E-mail: dekornfeld@bklawyers.com

Clifford Greene, Esq.
Attorney for Defendants
Office and Post Office Address
700 White Plains Post Road, Suite 309
Scarsdale, New York 10583
Telephone: (914) 738-5992
E-mail: Cliff@chgandassociates.com

- 2 -